JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants New Jersey State Police, Trooper R.
    Wambold, individually and in his capacity as a member of the
    New Jersey State Police, and Trooper (FNU) Juckett,
    individually and in his capacity as a member of the New
    Jersey State Police

By: Vincent J. Rizzo, Jr.
    Deputy Attorney General
    (609) 292-8550

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| JAMES BAYLISS, | : | Civ. Action No. 11-0890 |
|     Plaintiff, | : | |
| v. | : | **SUBSTITUTION OF ATTORNEY** |
| NEW JERSEY STATE POLICE, TROOPER R. WAMBOLD, JR., individually and in his capacity as a member of the New Jersey State Police, TROOPER (FNU) JUCKETT, individually and in his capacity as a member of the New Jersey State Police, John Does (1-10) individually and in their official capacities with various Law Enforcement Agencies, | : | |
|     Defendants. | : | |

The undersigned hereby consent to the substitution of Linda G. Harvey, Esquire, Greenberg Dauber Epstein & Tucker, Suite 600, 1

Gateway Center, Newark, New Jersey, as attorneys for the defendant, Trooper Keith Juckett, in the above entitled cause.

|  |  |
|---|---|
| Attorney for Defendants | Attorneys for Defendants |
| By: _____<br>Linda G. Harvey, Esq.<br>Superseding Attorney<br>For Trooper Juckett | _____<br>Vincent J. Rizzo, Jr.<br>Withdrawing Attorney<br>for Trooper Juckett |

Dated: July 27, 2012