**GREENBERG DAUBER EPSTEIN & TUCKER** | COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

LINDA G. HARVEY

August 14, 2012

**VIA ECF**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Building
 & U.S. Courthouse
402 E. State Street, Room 7050
Trenton, New Jersey 08608

   Re: *James Bayliss v. New Jersey State Police, et al.*
      Civil Action No. 11-0890-MLH-LHG

Dear Magistrate Judge Goodman:

  This firm represents Trooper Juckett in the above-referenced litigation. On Friday, August 10, 2012, the Court held a telephone conference and scheduled a number of dates in this matter. I realized after the conference ended that a settlement conference is scheduled for this Friday, August 17, 2012 at 10 am. We respectfully request an adjournment of the settlement conference. In view of the status of the case and the deadlines and issues regarding Trooper Wambold, a settlement conference at this time would be premature. I have spoken to Mr. Woodruff, counsel for the plaintiff, Mr. Rizzo, counsel for the New Jersey State Police and Trooper Wambold and Mr. Sciara, soon to be counsel for Trooper Wambold and they all agree to tne adjournment of the settlement conference. I have not yet reached Mr. Leeds, who will be substituting in for the New Jersey State Police, but I assume he has no objection.

  Thank you for your consideration of our request.

                Respectfully submitted,

                Linda G. Harvey
                LH 8862

cc: DAG Vincent J. Rizzo (Via ECF)
   Robert B. Woodruff, Esq. (Via ECF)
   Gilbert S. Leeds, Esq. (Via Email)
   Charlie J. Sciara, Esq. (Via Email)