JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
    Attorney for Defendants New Jersey State Police, Trooper R.
    Wambold, individually and in his capacity as a member of
    the New Jersey State Police, and Trooper (FNU) Juckett,
    individually and in his capacity as a member of the New
    Jersey State Police

By:  Vincent J. Rizzo, Jr.
    Deputy Attorney General
    (609) 292-8550

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| JAMES BAYLISS,<br><br>      Plaintiff,<br><br>  v.<br><br>NEW JERSEY STATE POLICE, TROOPER R. WAMBOLD, JR., individually and in his capacity as a member of the New Jersey State Police, Trooper (FNU) Juckett, individually and in his capacity as a member of the New Jersey State Police, John Does (1-10) individually and in their official capacities with various Law Enforcement Agencies,<br><br>      Defendants. | Civ. Action No. 11-0890<br><br>**SUBSTITUTION OF ATTORNEY** |

    The undersigned hereby consent to the substitution of Gilbert

S. Leeds, Schenck Price Smith & King, 220 Park Avenue, Florham

Park, New Jersey, as attorneys for the defendant, New Jersey State Police, in the above entitled cause.


Attorney for Defendants                    Attorneys for Defendants


By: Gilbert S. Leeds, Esq.             Vincent J. Rizzo, Jr.
    SCHENCK PRICE SMITH & KING, LLP    Withdrawing Attorney for
    Superseding Attorney               New Jersey State Police
    For New Jersey State Police


Dated: August 13, 2012