## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | JEFFREY S. CHIESA<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

August 22, 2012

The Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse
492 E. State Street/Room 7050
Trenton, New Jersey 08608

    RE: <u>Bayliss v New Jersey State Police</u>
          Docket No. 11-cv-0890

Dear Judge Goodman:

    In accordance with the Court's Pre-Trial Scheduling Order of August 17, 2012, please accept this correspondence as a formal request for the withdrawal of the Motion to Withdraw as Counsel (PACER DOC. No. 30) and Motion to Seal Documents (PACER DOC. No. 31), previously filed by the undersigned.

    Thank you for your attention to this matter. Should there be any questions or concerns, I am available at the Court's convenience.

                                Respectfully submitted,

                                JEFFREY S. CHIESA
                              ATTORNEY GENERAL OF NEW JERSEY

                By: *Vincent J. Rizzo, Jr.*
                      Vincent J. Rizzo, Jr.
                      Deputy Attorney General

VJR:vm
c:  Robert B. Woodruff, Esquire
    Charles J. Sciarra, Esquire
    Linda Harvey, Esquire
    Gil Leeds, Esquire

