Law Offices

# SCIARRA & CATRAMBONE, L.L.C.

<table>
<tr><td>

Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran

    Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

</td><td>

A Limited Liability Company
1130 Clifton Avenue - Suite #3
Clifton, New Jersey 07013
Tel: 973-242-2442
Fax: 973-242-3118
www.sciarralaw.com


September 11, 2012

</td><td>

<u>New York Office</u>
The Woolworth Building
233 Broadway 18th Floor
212-406-1700

</td></tr>
</table>

<u>*Via ECF Filing*</u>

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

    Re:    **Bayliss v. New Jersey State Police,** *et al.*
             **Docket No.: 11-cv-0890**
             <u>**Our File No.: 12-386**</u>

Dear Judge Goodman:

    As Your Honor will recall, the undersigned represents Sergeant Richard Wambold in the above referenced matter. On August 10, 2012, the Court held a telephonic status conference with the parties. During this telephone conference, the Court directed the undersigned to circulate by tomorrow, September 12, 2012, a draft Second Amended Answer with an accompanying legal statement to the attorneys of record to review and advise of their position. Please be advised that the undersigned is forwarding same to the attorneys of record this evening via Federal Express overnight delivery.

    I thank the Court for its attention and courtesies.

                                   Very truly yours,
                                   **Sciarra & Catrambone, L.L.C.**

                       By:   *Charles J. Sciarra/s/*
CJS\mrc                               Charles J. Sciarra

    cc:    Robert B. Woodruff, Esq. (*Via ECF Filing*)
           Gilbert S. Leeds, Esq. (*Via ECF Filing*)
           Linda G. Harvey, Esq. (*Via ECF Filing*)
           Client