# THE LAW OFFICE OF
# ROBERT B. WOODRUFF, P.C.
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430
RobertWoodruff@atwlaw.com

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

September 24, 2012
*Via Electronic Filing*

The Honorable Lois H. Goodman, USMJ
Clarkson S. Federal Bldg. & US Courthouse
Room 7050
402 E. State St.
Trenton, NJ 08608

> **Re:    Bayliss v. New Jersey State Police, et al.**
> **Civil Action No. 3:11-cv-00890**

Dear Judge Goodman:

This firm represents Plaintiff in the above matter.

Plaintiff provided Interrogatories to Deputy Attorney Engallena on March 10, 2011 (Exhibit "A"). There was no response to those inquiries. Thereafter, following a change in counsel for the Attorney General a follow-up letter was sent to Deputy Attorney General Rizzo on January 6th, 2012 (Exhibit "B"). Additional correspondence was sent on June 5th, 2012 (Exhibit "C") and July 20th, 2012 (Exhibit "D") addressing the Discovery issue.

Following the Attorney General's Office giving up representation of all parties in the case this office submitted two additional inquiries to Gilbert Leeds, current counsel for the State Police on August 13th, 2012 (Exhibit "E") and September 12th, 2012 (Exhibit "F"). There has been no response.

In the interim responsive pleadings were received from Charles Sciarra, Esq., counsel for Defendant Wambold. A fair reading of same indicates that Mr. Sciarra is in possession of the Internal Affairs Report which has been the subject of repeated requests from Plaintiff as referenced in the attached Exhibits.

**ROBERT B. WOODRUFF, P.C.**

The Honorable Lois H. Goodman, USMJ
September 24, 2012
Page 2


     Based upon such recent events Plaintiff will likely seek to amend his Complaint.  However, same cannot be initiated until Discovery including the Internal Affairs Report is provided.

     Plaintiff seeks assistance on this issue and appreciates the intervention of the Court.

     Thank you.


Respectfully yours,

ROBERT B. WOODRUFF
RBW 0245


RBW:kc
Enclosures
cc: Charles J. Sciarra, Esq. (*via electronic filing*)
   Linda Harvey, Esq. (*via electronic filing*)
   Gilbert S. Leeds, Esq. (*via electronic filing*)
   Mr. John Bayliss

**EXHIBIT A**

# ALGEIER  WOODRUFF

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
60 WASHINGTON STREET Suite 100
MORRISTOWN, NEW JERSEY  07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

GARY C. ALGEIER
ROBERT B. WOODRUFF
KATHRYN J. KINGREE
TAMARA M. KRIKORIAN

OF COUNSEL

LINDA GEIGER KERN

March 10, 2011

DAG Michael J. Engallena
State of New Jersey
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market St.
P.O. Box 112
Trenton, NJ 08625-0112

**Re:   Bayliss v. New Jersey State Police, et al.
Civil Action No. 11-0890(MLH-LHG)**

Dear Mr. Engallena:

Enclosed please find Plaintiff's Initial Interrogatories and Request for Documents to be answered by Defendants New Jersey State Police, Trooper Wambold and Trooper Juckett which has been moved to Federal Court.  Kindly answer same within the time limits prescribed by the Rules of Court.

Thank you.

Very truly yours,

*/s Robert B. Woodruff*

ROBERT B. WOODRUFF

RBW/kc
Enclosures

**EXHIBIT B**

**THE LAW OFFICE OF
ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

January 6, 2012
*Via Lawyer's Service*

DAG Vincent J. Rizzo
State of New Jersey
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112

> Re: **Bayliss v. New Jersey State Police, et al.
> Docket No. 11-0890**

Dear Mr. Rizzo:

On March 10th, 2011 our office forwarded Discovery Requests to DAG Michael J. Engallena for the Defendants to answer. To date, we have not received same. Please forward the Defendants' Discovery responses to our office within ten (10) days to avoid the filing of a Motion.

Thank you.

Very truly yours,

*/s/ Robert B. Woodruff*

ROBERT B. WOODRUFF

RBW/kc

**EXHIBIT C**

**THE LAW OFFICE OF**
**ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

June 5, 2012

DAG Vincent J. Rizzo
State of New Jersey
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112

> **Re:  Bayliss v. New Jersey State Police, et al.**
> **Docket No. 11-0890**

Dear Mr. Rizzo:

Please advise regards the status of your client's responses to Interrogatories and Notice to Produce submitted by this office on March 10, 2011. In addition, we have made requests for Deposition dates for Officer Wambold which have gone without response. Please advise.

Thank you.

Very truly yours,

*/s/ Robert B. Woodruff*

ROBERT B. WOODRUFF

RBW:kc
Cc:  Mr. John Bayliss

**EXHIBIT D**

**THE LAW OFFICE OF**
**ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

July 20, 2012

*Via Facsimile: (609) 777-3607*
DAG Vincent J. Rizzo
State of New Jersey
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112

      **Re:**    **Bayliss v. New Jersey State Police, et al.**
             **Docket No. 11-0890**

Dear Mr. Rizzo:

It has been over one month since I provided at your request a Settlement Demand in the above matter. To date I have not received the courtesy of a response. I phoned your office on July 13th, was advised that you were in a meeting and that you would call back when you became available. I did not receive a call.

Given the actions (or non-actions) to date I would request that you please provide a response to Plaintiff's Discovery requests which were submitted some time ago. Further, I indicated that I would not seek immediate production of the Internal Affairs Report if it would assist your position in discussions. You advised that it would; therefore I extended the courtesy. Based upon events to date I would request that you please provide same immediately.

As you know, we have an August 10th conference before Magistrate Goodman. I would like to be in a position at that time to advise the Court of possible amendments to the Complaint. This can only be accomplished in part following my review of the Internal Affairs Report.

Thank you.

                    Very truly yours,

                    */s/ Robert B. Woodruff*

                    ROBERT B. WOODRUFF

RBW: kc
cc: Mr. John Bayliss

**EXHIBIT E**

**THE LAW OFFICE OF**
**ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET - SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

August 13, 2012

*Via Facsimile: (973) 540-7300*
Gilbert S. Leeds, Esq.
Schenck, Price, Smith & King, LLP
220 Park Ave.
Box 991
Florham Park, NJ 07932

      **Re:    Bayliss v. New Jersey State Police, et al.**
             **Docket No. 11-0890**

Dear Mr. Leeds:

      As you are the newly substituted counsel for the State Police in the above matter I would surmise that you have not had an opportunity to review the file. Notwithstanding, I would address your attention to the fact that Plaintiff has propounded various requests for Discovery, all of which has gone without response by your predecessor. Further, I have yet to receive the Internal Affairs Report which was the subject of multiple requests.

      Would you please contact me so that we can speak to these issues.

      Thank you.

                        Very truly yours,

                        */s/ Robert B. Woodruff*

                        ROBERT B. WOODRUFF

RBW: kc

**EXHIBIT F**

**THE LAW OFFICE OF
ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

September 12, 2012

*Via Facsimile: (973) 540-7300*
Gilbert S. Leeds, Esq.
Schenck, Price, Smith & King, LLP
220 Park Ave.
Box 991
Florham Park, NJ 07932

      **Re:    Bayliss v. New Jersey State Police, et al.
               Docket No. 11-0890**

Dear Mr. Leeds:

      Please advise when I will receive your client's response to Interrogatories and Notice to Produce submitted by this office.

      Thank you.

                             Very truly yours,

                             */s/ Robert B. Woodruff*

                             ROBERT B. WOODRUFF

RBW: kc