

JOHN M. BOWENS
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

October 18, 2012

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

>   Re:   **Bayliss v. New Jersey State Police,** *et al.*
>         **Docket No.: 11-cv-0890**
>         **Our File No.: 24090-20**

Dear Judge Goodman:

    We represent the New Jersey State Police in the captioned matter. We are writing to the Court in order to obtain clarification with respect to a response to the defendant Wambold's amended pleading and also to obtain authority to file motions.

    We object to the new pleading on a variety of grounds including, inter alia, federal abstention principles and the failure of the defendant to exhaust administrative remedies. Accordingly, we request authorization to file a motion to dismiss Wambold's pleading.

    In addition, Counsel for Wambold has obtained internal State Police documents which he has used in connection with his revised pleading. We have made a number of requests for the return of these records and also requested that he advise us how they came into his possession. He has refused on both counts. As a result, we request the authority to file a motion to compel the return of the documents as well as the identity of the source of the documents.

    We appreciate the court's courtesies

                  Respectfully,
                  SCHENCK, PRICE, SMITH & KING, LLP

                  John M. Bowens

JMB/mor
cc:   Charles J. Sciarra, Esq.
      Victor DiFranceso, Deputy Attorney General
      Robert B. Woodruff, Esq.
      Linda G. Harvey, Esq.
      Vincent Nuzzi, Esq.