Law Offices

# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3
Clifton, New Jersey 07013
Tel: 973-242-2442
Fax: 973-242-3118
www.sciarralaw.com

Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

New York Office
The Woolworth Building
233 Broadway 18th Floor
212-406-1700

November 15, 2012

**_Via ECF Filing_**

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

> **Re:     Bayliss v. New Jersey State Police, _et al._**
> **Docket No.: 11-cv-0890**
> **Our File No.: 12-386**

Dear Judge Goodman:

We note Your Honor's recent docket entry and the requirement that we file our papers by tomorrow November 16, 2012. However, as Your Honor may recall, at the last telephone conference it was agreed that Mr. Bowens would forward to us a copy of my client's file from that period of time that the State represented him.

Certainly the hurricane delayed all issues. However, as we have not yet received the file from the State, we are asking for direction from the Court and, more specifically, relief from the requirement to file tomorrow until we receive my client's file. I would hate to have to further amend or otherwise complicate the matter once I receive the file from Sergeant Wambold's former attorneys. We will await to hear further instructions from the Court in this regard.

I thank the Court for its attention and courtesies.

Very truly yours,
**Sciarra & Catrambone, L.L.C.**

By:     _Charles J. Sciarra_/s/

CJS\mrc                    Charles J. Sciarra

cc:     Robert B. Woodruff, Esq. (_Via ECF Filing_)
        John M. Bowens, Esq. (_Via ECF Filing_)
        Linda G. Harvey, Esq. (_Via ECF Filing_)
        Client
(Dictated but not reviewed)