Law Offices

# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3
Clifton, New Jersey 07013
Tel: 973-242-2442
Fax: 973-242-3118
www.sciarralaw.com

Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

New York Office
The Woolworth Building
233 Broadway 18th Floor
212-406-1700

November 16, 2012

***Via ECF Filing***

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

>       Re:     **Bayliss v. New Jersey State Police,** *et al.*
>               **Docket No.: 11-cv-0890**
>               **Our File No.: 12-386** _____

Dear Judge Goodman:

As Your Honor is aware, the undersigned's firm represents Richard Wambold in the above-referenced matter. I am writing to confirm my telephone conversation with Your Honor's Law Clerk this morning wherein I was advised that the Court will address the issue of Wambold's filing of a motion for leave to file an amended pleading on Monday, November 19, 2012. Based upon the foregoing, Wambold is not required to file his motion today as previously ordered.

Pursuant to the Court's notice, the telephone conference has been rescheduled for Monday, November 19, 2012 at 2:30 PM. My office will initiate the call.

I thank the Court for its attention and courtesies.

Very truly yours,
**Sciarra & Catrambone, L.L.C.**

By:     *Matthew R. Curran /s/*_____

Matthew R. Curran

MRC/m

cc:     Robert B. Woodruff, Esq. (*Via ECF Filing*)
        John M. Bowens, Esq. (*Via ECF Filing*)
        Linda G. Harvey, Esq. (*Via ECF Filing*)
        Client