

**SCHENCK PRICE SMITH & KING, LLP**
ATTORNEYS AT LAW
~ Founded 1912 ~

Celebrating 100 Years
1912-2012

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

December 4, 2012

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

Re:   **Bayliss v. New Jersey State Police,** *et al.*
      **Docket No.: 11-cv-0890**
      **Our File No.: 24090-20**

Dear Judge Goodman:

This will confirm my telephone call to Your Honor's chambers that the interview with Trooper Wambold will be held in abeyance pending the decision by the Court on our motion with respect to the State Police documents.

Thank you for your courtesies in this regard.

Respectfully,
SCHENCK, PRICE, SMITH & KING, LLP

John M. Bowens

JMB/mor
cc:   All Counsel Via ECF

{01274241.DOCX;1}