Law Offices

# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3

| | | |
|---|---|---|
| Charles J. Sciarra* | Clifton, New Jersey 07013 | <u>New York Office</u> |
| Jeffrey D. Catrambone* | Tel: 973-242-2442 | The Woolworth Building |
| Matthew R. Curran | Fax: 973-242-3118 | 233 Broadway 18th Floor |
| | www.sciarralaw.com | 212-406-1700 |

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **                             December 13, 2012
*Admitted NJ & NY Bars
**Admitted NY Bar

<u>*Via ECF Filing*</u>

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

      Re:    **Bayliss v. New Jersey State Police,** *et al.*
             **Docket No.: 11-cv-0890**
             **Our File No.: 12-386**

Dear Judge Goodman:

      I am in receipt of Mr. Bowens letter dated December 12, 2012 by way of ECF filing. Please note that I do not agree with the majority of the facts and legal positions suggested in the letter. However, Mr. Bowens has confirmed that no further attempt to interview my client will be initiated at least until such time as Your Honor addresses these issues and, as such, I will fully set forth our position and the facts in our formal submissions.

      In the mean time, I consent to any adjournment requests for motions but respectfully request that any filing requirements placed upon this office accord sufficient time through the holidays.

      I will appear on the phone conference set for tomorrow, December 14, 2012 at 3:30 pm unless otherwise instructed.

                                                         Very truly yours,
                                                           **Sciarra & Catrambone, L.L.C.**

                                    By:    <u>s/ Charles J. Sciarra (CS 4519)</u>

CJS\mf

      cc:    Robert B. Woodruff, Esq. *(Via ECF Filing)*
             John M. Bowens, Esq. *(Via ECF Filing)*
             Gilbert S. Leeds, Esq. *(Via ECF Filing)*
             Linda G. Harvey, Esq. *(Via ECF Filing)*
             Client