

**SCHENCK PRICE SMITH & KING, LLP**

ATTORNEYS AT LAW

~ Founded 1912 ~

Celebrating 100 Years
1912-2012

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

December 17, 2012

**Via Electronic Filing**

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

    Re:    **Bayliss v New Jersey State Police**, *et al.*
              **Docket No.: 11-cv-0890**
              **Our File No.: 24090-20**

Dear Judge Goodman:

    We represent the New Jersey State Police ("NJSP") in connection with the above-captioned matter. The NJSP is amenable to having this matter proceed to mediation. As we discussed during our recent conference, it is our expectation that the status quo will be maintained during this period with respect to the NJSP documents which are the subject of our pending motion before the Court.

    The NJSP proposes that the Court appoint Ret. State Court Judge John E. Keefe, Sr. as the mediator. Judge Keefe has garnered an extensive reputation for his ability to obtain swift and fair resolutions of even the most complicated cases.

    We appreciate the Court's courtesies.

                              Respectfully yours,
                              SCHENCK, PRICE, SMITH & KING, LLP

                              John M. Bowens

JMB/mor
cc:    All Counsel Via ECF

{01276787.DOCX;1 }

FLORHAM PARK, NJ                       NEW YORK, NY                       PARAMUS, NJ