**THE LAW OFFICE OF**
**ROBERT B. WOODRUFF, P.C.**
60 WASHINGTON STREET – SUITE 100
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430
RobertWoodruff@atwlaw.com

ROBERT B. WOODRUFF

OF COUNSEL
LINDA GEIGER KERN

December 19, 2012
*Via Electronic Filing*

The Honorable Lois H. Goodman, USMJ
Clarkson S. Federal Bldg. & US Courthouse
Room 7050
402 E. State St.
Trenton, NJ 08608

    Re:    **Bayliss v. New Jersey State Police, et al.**
                 **Civil Action No. 3:11-cv-00890**

Dear Judge Goodman:

    This office represents Plaintiff in the above matter. Your Honor has suggested the parties submit the matter to mediation. In conversation with Ms. Harvey, counsel for Defendant Juckett, it was suggested that the parties agree to Retired State Court Judge John E. Keefe, Sr. serving as Mediator in the matter.

    Be advised that Plaintiff has no objection to same providing that the fees/costs are equally proportioned to all four (4) parties to the case.

    Thank you.

                                                      Respectfully Submitted,

                                                      ROBERT B. WOODRUFF
                                                      RBW 0245

RBW:kc
cc: Charles J. Sciarra, Esq. *(via electronic filing)*
    Linda Harvey, Esq. *(via electronic filing)*
    John Michael Bowens, Esq. *(via electronic filing)*