

# SCHENCK
# PRICE
# SMITH &
# KING, LLP
ATTORNEYS AT LAW

~ Founded 1912 ~

Celebrating 100 Years
1912-2012

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

January 31, 2013

<u>**Via ECF**</u>
Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

     Re:    **Bayliss v New Jersey State Police,** *et al.*
              **Docket No.: 11-cv-0890**
              **Our File No.: 24090-20**

Dear Judge Goodman:

    We represent the New Jersey State Police in connection with the captioned matter. Pursuant to the Court's Order, the parties mediated the case with Ret. Judge John Keefe on January 28, 2013. Unfortunately, the mediation was unsuccessful.

    Prior to sending the case to mediation, the parties discussed motions which are, or will be, before the Court. We would request that the Court enter a scheduling order so that those motions may move forward.

    We appreciate the court's courtesies.

                                                 Respectfully,
                                                 SCHENCK, PRICE, SMITH & KING, LLP

                                                 John M. Bowens

JMB/mor
  cc:    All Counsel - Via ECF