Law Offices
# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3
Clifton, New Jersey 07013
Tel: 973-242-2442
Fax: 973-242-3118
www.sciarralaw.com

Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

New York Office
The Woolworth Building
233 Broadway 18th Floor
212-406-1700

February 8, 2013

*Via ECF Filing*

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

    Re:    **Bayliss v. New Jersey State Police,** *et al.*
            **Docket No.: 11-cv-0890**
            **Our File No.: 12-386**

Dear Magistrate Goodman:

    On behalf of my client and myself, we request that all further proceedings in this mater be on the record.

                          Very truly yours,
                          **Sciarra & Catrambone, L.L.C.**
                By:   *Charles J. Sciarra/s/*
                          Charles J. Sciarra

CJS/mf

    cc:    All Counsel *(Via ECF Filing)*