

JOHN M. BOWENS
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

February 21, 2013

<u>Via ECF</u>
Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

    Re:    **Bayliss v New Jersey State Police,** *et al.*
            **Docket No.: 11-cv-0890**
            **Our File No.: 24090-20**

Dear Judge Goodman:

    At our recent conference, Your Honor requested that the Attorney General's Office advise the Court if it was interested in another mediation session with Judge Keefe. The State remains committed to reaching a reasonable settlement and believes that Judge Keefe continues to be a valuable resource towards that end.

    During the mediation session with him, he advised that he felt that the major stumbling block was the parties' divergent perspectives on the substance of the case. In his view, some limited discovery would likely obviate these differences and draw the parties closer in their evaluation of its settlement value.

    Given Judge Keefe's long history of success in mediating disputes, the State would defer to his guidance and seeks to conduct the limited discovery which he envisioned, prior to renewing mediation. We believe that this course represents the best chance at reaching a satisfactory resolution.

    Should the Court have any further questions, please advise us. We appreciate the Court's courtesies.

                                  Respectfully yours,
                                  SCHENCK, PRICE, SMITH & KING, LLP

                                  John M. Bowens

JMB/mor
cc:    All Counsel - Via ECF