

**SCHENCK
PRICE
SMITH &
KING, LLP**
ATTORNEYS AT LAW
~ Founded 1912 ~

Celebrating 100 Years
1912-2012

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

March 12, 2013

**Via ECF**

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

Re:  Bayliss v New Jersey State Police, *et al.*
     Docket No.: 11-cv-0890
     Our File No.: 24090-20

Dear Judge Goodman:

We have received a notice scheduling our motion for the return of the State Police documents for April 1, 2013. During our recent conference, Your Honor had scheduled this motion, along with Trooper Wambold's motion for leave to file an amended answer, returnable for April 15, 2013 with reply briefs due on April 8, 2013.

Since the due date for reply briefs would be beyond the return date in the Court's notice, we would appreciate the Court's guidance on how to proceed. We appreciate the Court's courtesies.

Respectfully yours,
SCHENCK, PRICE, SMITH & KING, LLP

John M. Bowens

JMB/mor
cc:  All Counsel - Via ECF