

**SCHENCK
PRICE
SMITH &
KING, LLP**

ATTORNEYS AT LAW

~ Founded 1912 ~

Celebrating 100 Years
1912-2012

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

March 21, 2013

**Via ECF**

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

    Re:    **Bayliss v New Jersey State Police**, *et al.*
           **Docket No.: 11-cv-0890**
           **Our File No.: 24090-20**

Dear Judge Goodman:

    We represent the New Jersey State Police in connection with the captioned matter. Pursuant to your Honor's order, we have been proceeding with limited discovery.

    Your Honor also ordered that we advise you by today's date of whether we have scheduled another mediation session with Judge Keefe, J.S.C. Ret. We wrote to Judge Keefe on March 12, 2013, asking him for dates for the continuation of the mediation. A copy of that correspondence is attached for the Court's review. To date, we have not received a reply from Judge Keefe and we will follow-up with him to arrange for new dates.

    Should the Court have any questions, please let us know. We appreciate your Honor's courtesies.

                              Respectfully yours,
                              SCHENCK, PRICE, SMITH & KING, LLP

                              John M. Bowens

JMB/mor
cc:    All Counsel - Via ECF

{01298330.DOCX;1 }

# SCHENCK PRICE SMITH & KING, LLP

ATTORNEYS AT LAW

~ Founded 1912 ~

Celebrating 100 Years
1912-2012

JOHN M. BOWENS
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

March 12, 2013

**VIA EMAIL**
Hon. John E. Keefe, Sr.
Keefe Bartels, Attorneys at Law
170 Monmouth Street
Red Bank, New Jersey 07701

Re: **James Bayliss v. New Jersey State Police,**
Docket No.: 11-cv-0890
Our File No.: 24090/20

Dear Judge Keefe:

We represent the New Jersey State Police (the "NJSP") in connection with the captioned matter. We wish to advise you that pursuant to an order of the Court, we are conducting some depositions limited to the issue of damages.

The depositions are presently scheduled for March 18, 21 and March 26, 2013. We would appreciate your letting us know of your availability after March 26th.

Should you have any questions, please let us know. We appreciate your efforts with respect to this matter.

Very truly yours,
SCHENCK, PRICE, SMITH & KING, LLP

John M. Bowens

JMB/mor
cc: Robert B. Woodruff, Esq. (via e-mail)
    Linda G. Harvey, Esq. (via e-mail)
{01295520.DOCX;1}