

# SCHENCK PRICE SMITH & KING, LLP

ATTORNEYS AT LAW

~ Founded 1912 ~

**Celebrating 100 Years**
**1912-2012**

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

March 22, 2013

**Via ECF**

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

> **Re:    Bayliss v New Jersey State Police,** *et al.*
> **Docket No.: 11-cv-0890**
> **Our File No.: 24090-20**

Dear Judge Goodman:

We represent the New Jersey State Police in connection with the captioned matter. With consent of our adversary, we respectfully request a two day extension of time for the parties to file their opposition to the presently pending motions.

This request would revise only that portion of the scheduling order with respect to filing of oppositions. All other time frames would remain in effect.

We appreciate the Court's courtesies.

Respectfully yours,
SCHENCK, PRICE, SMITH & KING, LLP

John M. Bowens

JMB/mor
cc:    All Counsel - Via ECF

{01298511.DOCX;1 }

FLORHAM PARK, NJ                    NEW YORK, NY                    PARAMUS, NJ