

**S**CHENCK
**P**RICE
**S**MITH &
**K**ING, LLP

ATTORNEYS AT LAW

~ Founded 1912 ~

**Celebrating 100 Years**
**1912-2012**

**JOHN M. BOWENS**
Certified by the Supreme
Court of New Jersey
Civil Trial Attorney
Admitted in NJ and CA
Direct Line: (973) 540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

April 2, 2013

<u>**Via ECF**</u>

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

   Re: **Bayliss v New Jersey State Police,** *et al.*
      **Docket No.: 11-cv-0890**
      **Our File No.: 24090-20**

Dear Judge Goodman:

  We represent the New Jersey State Police in connection with the captioned matter. We have received the motion filed by the defendant Wambold to seal certain documents. Unfortunately, we were not provided with copies of the documents so we are not in a position to respond to the motion.

  If counsel is concerned about putting them on the docket, he can provide copies directly to us subject to the confidentiality order. We appreciate the court's courtesies.

      Respectfully yours,

      SCHENCK, PRICE, SMITH & KING, LLP

      John M. Bowens

JMB/mor
cc: All Counsel - Via ECF

{01300974.DOCX;1 }

FLORHAM PARK, NJ      NEW YORK, NY      PARAMUS, NJ