Law Offices

# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3
Clifton, New Jersey 07013
Tel: 973-242-2442
Fax: 973-242-3118
www.sciarralaw.com

Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

New York Office
The Woolworth Building
233 Broadway 18th Floor
212-406-1700

April 2, 2013

*Via ECF*

Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Federal Courthouse, Room 7050
492 E. State Street
Trenton, New Jersey 08608

  Re: **Bayliss**
    **v. New Jersey State Police,** *et al.*
    **Docket No.: 11-cv-0890**
    **Our File No.: 12-386**

Dear Magistrate Goodman:

  The undersigned's firm represents Defendant Sergeant Richard Wambold. I am in receipt of Mr. Bowens's correspondence of today's date to the Court. Therein, Mr. Bowens states he is in receipt of Wambold's motion to seal certain documents but he has not been provided a copy of the documents to seal.

  Please be advised that pursuant to the confidentiality order in this matter, the Federal Rules of Civil Procedure and Local Civil Rule 5.3, a copy of the documents we seek to seal was not publicly filed on ECF. Instead, pursuant to instructions the undersigned received from the Clerk's Office, the subject documents were filed as a separate docket entry (docket entry #85) under temporary seal pending the Court's determination of the motion.

  Yesterday, simultaneous with the electronic filing, my office forwarded courtesy hard copies of the motion along with the subject documents to Your Honor's chambers and to counsel of record subject to the confidentiality order. We anticipate that courtesy copies should be delivered tomorrow morning.

  In the meantime, prior to filing this correspondence, I forwarded via email a copy of the subject documents to Mr. Bowens with an explanation of the above. I anticipate this should resolve any issues arising from Mr. Bowens' letter of today's date.

Bayliss v. New Jersey State Police, *et al.*
Civil Action No. 11-cv-0890
Letter to the Hon. Lois H. Goodman, U.S.M.J.
April 2, 2013              Page 2 of 2
_____

       I thank the Court for its attention and courtesies.

                                Very truly yours,
                                **Sciarra & Catrambone, L.L.C.**

                  By:   *Matthew R. Curran* /s/
                                Matthew R. Curran

MRC/m
Enclosures
cc:     Robert B. Woodruff, Esq. *(Via ECF)*
        John M. Bowens, Esq. *(Via ECF)*
        Linda G. Harvey, Esq. *(Via ECF)*
        Client
        NCO